IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lane, Joyce | Case Number: 07 B 22937 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/1/08 | Filed: 12/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 0.00 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 11. | HSBC | Secured | | No Claim Filed |
| 12. | Nuvell Credit Company LLC | Secured | | No Claim Filed |
| 13. | First Data Corp | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| 15. | Professional Recovery System | Unsecured | | No Claim Filed |
| 16. | Aspire | Unsecured | | No Claim Filed |
| 17. | Applied Card Bank | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Ed Financial Service | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Lane, Joyce

Printed:  4/1/08

Case Number:  07 B 22937
Judge:  Goldgar, A. Benjamin
Filed:  12/6/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____